IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: October 29, 2015
       Utica, NY

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
MICHAEL GARDNER and DIANNE GARDNER

                         Plaintiff(s),

    -against-

U.S. AIRWAYS, INC.,

                        Defendant(s).
-----------------------------------------------------------------X

STIPULATION OF DISCONTINUANCE

Civil No.: 1:14-CV-667 [DNH/ATB]

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

Dated: August 28, 2015
        Mohegan Lake, New York

_____
Kenneth B. Goldblatt, Esq.
Goldblatt & Associates, P.C.
Attorneys for Plaintiffs
1846 East Main Street (Route 6)
Mohegan Lake, New York 10547
(914) 788-5000


_____
George Kolbe, Esq.
Raven & Kolbe, LLP
Attorneys for Defendant
126 East 56th Street, Suite 202
New York, New York 10022
(212) 759-7466